IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY ERIC GIBSON,

     Plaintiff,

                                    Case No.  17-cv-843-jdp

  v.

RANDALL R. HEPP, CANDACE
WHITMAN, JON E. LITSCHER, and
EDWARD F. WALL,

     Defendants.

JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | March 31, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |